IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01840-CNS-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: January 17, 2023 | Courtroom Deputy:  Monique Ortiz |

*Parties:*

| | |
|---|---|
| VINCENT DAMON DITIRRO | Jean Pirzadeh (by phone) |
| Plaintiff, | |
| v. | |
| MATTHEW J. SANDO,<br>CALEB SIMON,<br>COLORADO STATE PATROL,<br>COMMERCE CITY POLICE DEPARTMENT, and<br>RICHARD A. REIGENBORN | Jonathan Marshall Abramson |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in Session:   1:17 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court on Defendant City of Commerce City's Motion for Attorneys' Fees and Costs [ECF Doc. No. 65, filed 11/22/2022].  The court notes that no response has been filed to the motion.

Ms. Pirzadeh informs the court that she has not had a chance to look at the motion due to the medical issues she experienced at the end of November.  Ms. Pirzadeh requests that the hearing be rescheduled so she may look at the motion.

Mr. Abramson informs the court that Mr. Vaughan is present in the courtroom and prepared to testify to what is in his affidavit [ECF Doc. No. 68]. Mr. Abramson also informs the court that since the affidavit was filed, there was additional time associated with the preparation of today's proceeding.

For the reasons set forth on the record, it is:

**ORDERED:**   Defendant City of Commerce City's Motion for Attorneys' Fees and Costs [ECF Doc. No. 65] is **TAKEN UNDER ADVISEMENT**. The court will issue a written order in due course.

The court will allow Defendant, City of Commerce City, to supplement the motion within seven (7) days of today's date for the additional fees and costs mentioned by Mr. Abramson during today's proceedings.

HEARING CONCLUDED.
**Court in recess:**   **1:22 p.m.**
Time In Court:   00:05

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.